# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**UNITED STATES OF AMERICA**

vs.                        Docket No. 2:12cr8KS-MTP-1

**JAMES POLSON**

## ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE

On February 5, 2018, the defendant appeared before the Court after successful completion of the U.S. District Court Re-entry Court Program for the Southern District of Mississippi and as such, is now eligible for a reduction in his supervised release time in the amount of 20 percent.

In the Judgment and Commitment Order dated March 17, 2016, Polson was sentenced to Time Served followed by 30 months of supervised release.

It is the order of the Court that Polson's term of supervised released be reduced by six months. His new term of supervised release is now 24 months with his final discharge date being March 17, 2018.

SO DATED, this the ___30th___ day of ___January___, 2018.

                                         ___s/Keith Starrett___

                                         Keith Starrett, United States District Judge